UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-0093-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLETTE D. JOHNSON | ) | |

This matter is before the court on defendant's motion for an order directing that the presentence report dated 5 July 2011 be revised to reflect the opinion of the Fourth Circuit Court of Appeals issued 4 May 2012. In accordance with this district's practice, in cases remanded for further proceedings, like this case, the Probation Office provides the court with a memorandum which outlines the impact of the remand on the sentencing guidelines and statutory provisions. A copy of the memorandum is provided to counsel for all parties. Defendant's motion suggests no reason to deviate from this practice in this case. The motion is DENIED.

This 18 July 2012.

W. Earl Britt
Senior U.S. District Judge